UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| James Brian Dutton, | ) | Civil Action No. 0:20-3359-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff James Brian Dutton brought this action to obtain judicial review of Defendant Commissioner of the Social Security Administration's final decision denying his claim for supplemental security income. By order dated June 4, 2021, the court granted the Commissioner's motion for remand and remanded the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 15.

The matter is now before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF No. 17. Plaintiff moves for an award of fees in the amount of $5,435.55. On August 18, 2021, the parties filed a stipulation for an award of $5,200.00 in fees. ECF No. 19.

Plaintiff's motion for attorney's fees, ECF No. 17, is granted in the amount of $5,200.00, to be paid in accordance with the procedures set forth in the parties' stipulation, ECF No. 19.

**IT IS SO ORDERED.**

/s/Margaret B. Seymour
August 23, 2021                                        Margaret B. Seymour
Columbia, South Carolina                          Senior United States District Judge